UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                          :
    Kenneth D. Sabol,                       :        Chapter 13
                                            :        Bankruptcy No. 5-11-04808 JJT
                Debtor(s)                   :

## CHAPTER 13 DEBTORS CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

X    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

__    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:_____

My current employer and my employer's address:_____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

X    I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependant of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $155,67 in value in the aggregate.

__    I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependant of mine uses as a residence, claims as a homestead or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $155,676 in value in the aggregate

*Part IV.  Debtor's signature*

       I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.


Dated: March 24, 2017                                                   s/Kenneth D. Sabol
                                                                                               Kenneth D. Sabol