```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania

In re:                                                    Case No. 11-04808-JJT
Kenneth D Sabol                                           Chapter 13
        Debtor              CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh        Page 1 of 2        Date Rcvd: Mar 24, 2017
                             Form ID: 3180W        Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
```
db             +Kenneth D Sabol,   221 E. Bertsch Street,   Lansford, PA 18232-2106
cr             +FIRST MARBLEHEAD CORPORATION AUTHORIZED AGENT FOR:,   1 CABOT RD,   MEDFORD, MA 02155-5117
3901163        +Apex Asset Management,   1891 Santa Barbara Drive, No. 204,   Lancaster, PA 17601-4106
4853732        +Bayview Loan Servicing, LLC, a Delaware Limited Li,   285 Grand Avenue 200,
                Southlake, TX 76092-7657
3901164        +CBC,   1200 North 7th Street,   Harrisburg, PA 17102-1419
3901166        +Checkxcept,   P.O. Box 1012,   Stroudsburg, PA 18360-4012
3901169        +Collection Company of America,   700 Longwater Drive,   Norwell, MA 02061-1796
3901171         First Financial Asset Management,   P.O. Box 18064,   Hauppauge, NY 11788
3977400        +First Marblehead Corporation Authorized Agent For:,   C/O Total Debt Management,   PO Box 2402,
                Columbus, GA 31902-2402
3901173        +MBS Inc.,   65 E. Elizabeth Avenue,   Bethlehem, PA 18018-6518
3901175        +NCO Group Financial Systems,   P.O. Box 182965,   Columbus, OH 43218-2965
3901177        +Portfolio Recovery,   Dept. 922,   P.O. Box 4115,   Hayward, CA 94540-4115
3901178        +Powell, Rogers & Speaks Inc.,   P.O. Box 61107,   Harrisburg, PA 17106-1107
3901179        +Torco Supply Co.,   800 Interchange Road,   Lehighton, PA 18235-9286
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3932943        +EDI: BANKAMER.COM Mar 24 2017 19:08:00      Bank of America, N.A.,   P. O. Box 26012,
                NC4-105-03-14,   Greensboro, NC 27420-6012
4656785        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 24 2017 19:09:50
                Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, FL 33146,
                Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1837
4656784        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 24 2017 19:09:50
                Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1837
3901165        +EDI: CHASE.COM Mar 24 2017 19:08:00      Chase Bank,   P.O. Box 15298,
                Wilmington, DE 19850-5298
3901168        +EDI: CIAC.COM Mar 24 2017 19:08:00      CitiMortgage,   P.O. Box 9438,
                Gaithersburg, MD 20898-9438
3901167        +EDI: CIAC.COM Mar 24 2017 19:08:00      CitiMortgage,   5280 Corporate Drive,   MS1011,
                Frederick, MD 21703-8502
4000994        +EDI: CIAC.COM Mar 24 2017 19:08:00      Citimortgage, INC.,   1000 Technology Drive,
                O'Fallon, MO 63368-2240
3901170        +EDI: CMIGROUP.COM Mar 24 2017 19:08:00      Credit Management Inc.,   4200 International Parkway,
                Carrollton, TX 75007-1912
3901172        +EDI: HFC.COM Mar 24 2017 19:08:00      HSBC Card Services,   P.O. Box 81622,
                Salinas, CA 93912-1622
3901174        +EDI: MID8.COM Mar 24 2017 19:08:00      Midland Credit Management,   8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
3901176        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 19:09:41      PA Department of Revenue,
                Bankruptcy Dept.,   P.O. Box 280946,   Harrisburg, PA 17128-0946
3941209         EDI: PRA.COM Mar 24 2017 19:08:00      Portfolio Recovery Associates, LLC,   PO Box 12914,
                Norfolk VA 23541
                                                                          TOTAL: 12


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE, INC.
cr*            +Bayview Loan Servicing LLC,   4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, FL 33146-1837
                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:

        Alexandra Teresa Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company ecfmail@mwc-law.com
        Ann E. Swartz   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability
         Company ASwartz@mwc-law.com,  ecfmail@mwc-law.com
        Celine P DerKrikorian   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company ecfmail@mwc-law.com
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        David S. Gellert   on behalf of Debtor Kenneth D Sabol dsgatn@rcn.com
        Joshua I Goldman   on behalf of Creditor   Citimortgage, Inc/ D/B/A citicorp Mortgage, Inc
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                TOTAL: 7

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth D Sabol** | Social Security number or ITIN | **xxx–xx–9413** |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ | |
| | | EIN    _ _ – _ _ _ _ _ _ _ | |

United States Bankruptcy Court  **Middle District of Pennsylvania**

Case number:  **5:11–bk–04808–JJT**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth D Sabol

**By the court:**

March 24, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 5:11-bk-04808-JJT    Doc 77    Filed 03/26/17    Entered 03/27/17 00:43:25    Desc
Imaged Certificate of Notice    Page 4 of 4